IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REDMOND HOWARD,                    *

        Plaintiff,                    *

v.                                 *     Civil Action No. 1:17-CV-260-JKB

SALISBURY UNIVERSITY, et al.,      *

        Defendants.                   *

## CORRESPONDENCE

The provided event had taken place at Salisbury University's Academic Commons Library:

On April 4th, 2017, I was studying RESP 210: Foundations of Respiratory Therapy. The class had a second examination the upcoming morning. This is the same course brought to US District Court of Maryland's attention, as well as Introduction to Teaching.

I had the library's Foundations of Respiratory Therapy textbook studying for the second exam. The Firefox Browser included my Facebook page. A janitor named Badger came to me while I was on the computer. "How are your grades?" he asked me, then nodded his head up and down at the computer screen.

I asked why he asked that question, then examined the computer screen as he walked away. "I'm just checkin' on you. Can't I be concerned?" he responded while stuttering.

A faculty member at the University of Maryland Eastern Shore made the following recommendation: "Salisbury University will tend to make it an uncomfortable situation" (when this case was filed). "Ignorant," she stated regarding his act. The janitor being African-American does not institute a waiver for wrongful acts, discrimination excluding ethnicity and color, including disability. Consequently, an additional event has been filed as another correspondence towards 1:17-CV-00260-JKB, "Howard v. Salisbury University et al."

I also acknowledge receipt of Mr. Reho's text by phone requesting that I see him when I am available during the month of March. However, attempts to spy and obtain information, harassment and/or wrongful acts of any kind, within timeframes requested by the US District Court of Maryland, is not the protocol.

Another janitor stated that they, as well as forms of security, are not allowed to touch nor talk to the students. This exempts workers whom the students know personally, as confirmed by supervisor James.

As he acknowledged that I am a good person who cares about his academics, he also implied the same after another janitor, Tish, demonstrated unprofessionalism towards a student. Rhetorical Question: Why aren't they following this "protocol" at Salisbury University, at least instructed by James?

As I have learned from the University of Maryland Eastern Shore's Rehabilitation Services: one with a disability who does not feel respected is to report the matter to higher jurisdiction. This procedure is performed successfully as Salisbury University and the University Systems of Maryland examine and obtain this correspondence online, as well as the US District Court of Maryland.

When taking an online quiz back in the fall semester on Blackboard (though not stated exactly), the question was: What should one with a disability do when they are not respected, Ex. Counselors, administrators at a facility. It was the right answer when I had chosen as an answer to inform higher authority.

Therefore, as this instruction was taught by one of their institutions under the University Systems of Maryland, I pray this case is not taken personally in any way.

With this being said, I have been open to a settlement since the initial filing. Hebrews 13:8, "Jesus Christ is the same yesterday, today and forever." This includes Christ, love, prayer and forgiveness for Salisbury University. However, I also follow procedures as instructed. This includes protocols requested by the US District Court of Maryland. This includes defendants responding to this case within twenty-one days before speaking with the plaintiff regarding resolutions.

As a student with a disability, I am informing the defendants these conditions, following protocols, seeking peace, and am kindly asking as a current remedy sought by court procedure, their faculty and staff with these negative intentions to please back up off me.

Blessings to the Court, defendants, as well as forgiveness. Prayers toward this case and these matters. Psalm 119:114, "You are my refuge and my shield; I have put my hope in your word."

*[signature]*

Redmond James Howard